UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| TALINE SOUALIAN, | No. 07-80100 |
| --- | --- |
| Plaintiff - Petitioner, | D.C. No. CV-07-00502-RGK |
| v. | Central District of California, Los Angeles |
| INTERNATIONAL COFFEE AND TEA LLC, | ORDER |
| Defendant - Respondent. | |



Before: PREGERSON and THOMAS, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's June 11, 2007 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 10 days of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).



S:\MOATT\Panelord\9-10-07\orders\rb2\07-80100.wpd